# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JACKSON, | Case No. CV 19-2833-MWF (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| CYNTHIA TAMPKINS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: May 25, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE